**Opinion filed June 4, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00091-CV

_____

## IN RE P&W SALES INCORPORATED AND DAKOTA DIXON

**Original Mandamus Proceeding**

### M E M O R A N D U M   O P I N I O N

Relators, P&W Sales Incorporated and Dakota Dixon, have filed in this court a motion for voluntary dismissal. Relators and the real party in interest have informed this court that they have settled all of the matters in the case below and that the relief requested in the petition for writ of mandamus is no longer necessary. In their motion to dismiss, Relators indicate that this mandamus proceeding is now moot, and they request that we dismiss it.

We grant Relators' motion and dismiss this proceeding.


June 4, 2021                                           PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.[1]

Williams, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.